UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Phillips, | : |
| | : |
| | : Civil Action No.: 6:14-cv-00598-DNH-TWD |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Acceptance Corporation; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Brandon Phillips ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 4, 2015

                                                                                                                         Respectfully submitted,

                                                                                                                         By: /s/ Sergei Lemberg

                                                                                                                         Sergei Lemberg (SL 6331)
                                                                                                                         Lemberg Law, L.L.C.
                                                                                                                         1100 Summer Street, 3rd Floor
                                                                                                                         Stamford, CT 06905
                                                                                                                         Telephone: (203) 653-2250
                                                                                                                         Facsimile: (203) 653-3424
                                                                                                                         Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg